FILED: October 16, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4334
(5:16-cr-00310-H-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LUIS ANGEL OCASCIO, a/k/a Luis Angel Ocascio-Perez

       Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/30/2017

Opening brief due: 10/30/2017

Response brief due: 11/20/2017

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk